UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25989-ALTMAN

BRIDLINGTON BUD LTD,

      Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff, BRIDLINGTON BUD LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint ECF No. [1], attached hereto.

DATED: December 22, 2025.      Respectfully submitted,

      /s/ Andrew Palmer
      Andrew J. Palmer
      Palmer Law Group, P.A.
      401 E Las Olas Blvd, Suite 1400
      Fort Lauderdale, FL 33301
      Phone: 954-771-7050
      ajpalmer@palmerlawgroup.com
      ***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | CleanSpace Essentials | https://www.walmart.com/global/seller/102872543 |
| 2 | Luphy Kitchen Mall | https://www.walmart.com/global/seller/102523906 |
| 3 | yuantushengfangshangmao | https://www.walmart.com/global/seller/102773850 |
| 4 | BenChengLing | https://www.walmart.com/global/seller/102787541 |
| 5 | wenjian LLC | https://www.walmart.com/global/seller/102791947 |
| 6 | NextGenBuy | https://www.walmart.com/global/seller/102816402 |
| 7 | US qzqz shop | https://www.walmart.com/global/seller/102820901 |
| 8 | GlobalVogue | https://www.walmart.com/global/seller/102908412 |
| 9 | pinshang industry | https://www.walmart.com/global/seller/101629772 |